**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PAMELA M. FERGUSON, SB# 202587
　E-Mail: Pamela.Ferguson@lewisbrisbois.com
MATTHEW MIHALY, SB# 302697
　E-Mail: Matthew.Mihaly@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant TRISTAR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAREN AND DAVID BANKSTON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC.,<br><br>　　　　Defendant. | CASE NO. 4:18-cv-04273-KAW<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE, RULE 26(f) REPORT FILING DEADLINE, AND ADR CERTIFICATION FILING DEADLINE** |

　　　　Pursuant to Civil L.R. 6-1 and L.R. 6-2, Plaintiffs Karen and David Bankston ("Plaintiffs") and Defendant Tristar Products, Inc. ("Defendant" or "Tristar Products"), by and through their respective counsel, hereby stipulate and agree to the following:

　　　　1.　　Plaintiffs filed their Complaint on July 16, 2018 and served Defendant on August 15, 2018. ECF No. 1. Pursuant to the Parties' stipulation, Defendant's time in which to answer or otherwise respond to the Complaint was extended to September 26, 2018. ECF No. 12.

　　　　2.　　On September 26, 2018, the Parties met and conferred regarding the continuance of the dates and deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (See ECF No. 5) and agreed, subject to the Court's approval, to continue the dates as follows:

| Event | Current Date/Deadline Per Court's Order | Proposed Date/Deadline Per Parties' Agreement |
|---|---|---|
| Last day to:<br>• meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR certification signed by Parties and Counsel. | 9/25/2018 | 10/30/2018 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re. Contents of Joint Case Management Statement | 10/9/2018 | 11/13/2018 |
| Initial Case Management Conference | 10/16/2018 | 11/20/2018 |

3. The Parties respectfully submit that good cause exists to continue the dates set forth above given that: Defendant has just filed its Answer to Plaintiffs' Complaint (ECF No. 16); this is the Parties' first request to continue a case management conference date or any other deadlines other than the deadline for filing a response to Plaintiffs' Complaint (ECF No. 12); the brief extension will not prejudice any party or unnecessarily delay these proceedings; and the extension will allow the Parties to effectively communicate about the case before preparation and filing of the Joint Case Management Statement.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: September 27, 2018 | SIMMONS HANLY CONROY |
| 2 | | |
| 3 | | By: */s/ Deborah Rosenthal* |
| | | Deborah Rosenthal |
| 4 | | Attorney for Plaintiffs, Karen and David Bankston |
| 5 | | |
| 6 | DATED: September 27, 2018 | GREG COLEMAN LAW PC |
| 7 | | |
| 8 | | By: */s/ Justin G. Day* |
| | | Justin G. Day |
| 9 | | Greogry F. Coleman |
| | | Attorneys for Plaintiffs, Karen and David |
| 10 | | Bankston |
| 13 | DATED: September 27, 2018 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 15 | | By: */s/ Matthew Mihaly* |
| | | Pamela M. Ferguson |
| | | Matthew Mihaly |
| 16 | | Attorneys for Defendant, Tristar Products, Inc. |

I hereby attest per Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other Signatories to this document.

DATED: September 27, 2018                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Matthew Mihaly*
Matthew Mihaly

# ORDER

Based on the above Stipulation and good cause shown, the Court hereby ORDERS that the dates and deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 5) shall be continued as follows:

| Event | Date/Deadline |
|---|---|
| Last day to:<br>• meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR certification signed by Parties and Counsel. | 10/30/2018 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re. Contents of Joint Case Management Statement | 11/13/2018 |
| Initial Case Management Conference | 11/20/2018 |

**IT IS SO ORDERED.**

DATED: 10/1/18

By: _Kandis Westmore_
United States Magistrate Judge