**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PAMELA M. FERGUSON, SB# 202587
  E-Mail: Pamela.Ferguson@lewisbrisbois.com
MATTHEW MIHALY, SB# 302697
  E-Mail: Matthew.Mihaly@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
TRISTAR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAREN AND DAVID BANKSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 4:18-cv-04273-KAW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in following ADR process: Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by a date to be determined at the initial case management conference.

DATED: October 30, 2018             GREG COLEMAN LAW PC

                            By: */s/ Justin G. Day*
                                Justin G. Day
                                Greogry F. Coleman
                                Attorneys for Plaintiffs, Karen and David
                                Bankston

4812-6138-2265.1                                                4:18-cv-04273-KAW
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

DATED: October 30, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Matthew Mihaly*
Pamela M. Ferguson
Matthew Mihaly
Attorneys for Defendant, Tristar Products, Inc.

I hereby attest per Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other Signatories to this document.

DATED: October 30, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Matthew Mihaly*
Matthew Mihaly

**IT IS SO ORDERED.**

DATED: 11/5/18

By: *Kandis Westmore*
United States ~~District~~ Judge
Magistrate